BARRETT K. GREEN, Bar No. 145393
E-mail: bgreen@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
CON-WAY FREIGHT, INC.

JERRY D. UNDERWOOD, Bar No. 202874
E-mail: junderwood@jdulaw.com
LAW OFFICES OF JERRY D. UNDERWOOD
5421 East Santa Ana Canyon Road, Suite 135
Anaheim Hills, CA 92807
Telephone: 714.998.9802
Facsimile: 714.998.9812

Attorneys for Plaintiff
STEVE MARK PHILLIPS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MARK PHILLIPS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CON-WAY FREIGHT, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. EDCV 09-0611 VAP(MANx) <br><br> THE HON. VIRGINIA A. PHILLIPS, DISTRICT COURT JUDGE <br><br> ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14  UNITED STATES DISTRICT COURT
15  CENTRAL DISTRICT OF CALIFORNIA
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| STEVE MARK PHILLIPS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CON-WAY FREIGHT, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.  EDCV 09-0611 VAP(MANx)<br><br>THE HON. VIRGINIA A. PHILLIPS, DISTRICT COURT JUDGE<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

1  The Parties have reached a Settlement Agreement in the above matter and have
2  submitted a Joint Stipulation, proposing that the entire action be dismissed with
3  prejudice, that the District Court retain jurisdiction to enforce the Agreement, and that
4  each side bear its/his own fees and costs.
5  GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the
6  entire action be and hereby is dismissed with prejudice.  Each side shall bear its/his
7  own fees and costs.

9  DATED: June 01, 2009

*/s/ Virginia A. Phillips*
_____
HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE